# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

NATHAN RAY MONTOYA                                                                       PLAINTIFF

V.                              1:11CV00080 SWW/JTR

INDEPENDENCE COUNTY JAIL                                                         DEFENDANT

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the October 25, 2011 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 12th day of December, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE